UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICKIE MICHELLE ANDREWS,

       Plaintiff,

v.                                                              Case No. 1:19cv-504

COMMISSIONER OF                          Honorable Phillip J. Green
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT AWARDING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor in the amount of $5,267.50 as full and final adjudication of EAJA fees and expenses in this action.

Dated:  April 27, 2020                          /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge